**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America** **v.** **Patricia SANCHEZ** DOB: 1979; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. **24-05372MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about December 7, 2024, in the District of Arizona, **Patricia SANCHEZ** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 5.56 mm M249S semi-automatic rifle and 5,000 rounds of 7.62 mm ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On December 7, 2024, Patricia SANCHEZ attempted to leave the United States through the Naco Port of Entry in Naco, Arizona. SANCHEZ was driving a red Pontiac G5, bearing Mexico license plate WGT278B. A Customs and Border Protection Officer (CBPO) working outbound operations selected SANCHEZ's vehicle for outbound inspection. SANCHEZ told CBPOs she had no firearms or ammunition. CBPOs ran the vehicle through a z-portal machine, and the scan of the vehicle revealed anomalies in the rear quarter panels of the vehicle. CBPOs physically inspected those areas and located 5,000 rounds of 7.62 mm ammunition and a 5.56 mm M249S semi-automatic rifle.

Homeland Security Investigations (HSI) Task Force Officer (TFO) Brian Valle and TFO Ricardo Ramirez, Jr. responded to the Naco Port of Entry to interview SANCHEZ. Upon being advised of her rights, SANCHEZ agreed to speak with TFOs Valle and Ramirez. SANCHEZ admitted to the TFOs that she knew the firearm and ammunition were in the vehicle. SANCHEZ further admitted that she was supposed to be paid $1,000.00 upon successfully smuggling the firearm and ammunition into Mexico. SANCHEZ also admitted knowing it was illegal to transport ammunition and weapons into Mexico without a license.

The rifle and ammunition found in SANCHEZ's vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. SANCHEZ did not have a license or any other lawful authority to export these items from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUTHORIZED BY AUSA *Matthew C. Cassell* | SIGNATURE OF COMPLAINANT *Brian Valle*     December 09, 2024 |
|---|---|
| | OFFICIAL TITLE TFO HSI Brian R. Valle |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] *Maria S. Aguilera* | DATE December 9, 2024 |
|---|---|

[1]     See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54